[No. 46078-5-II.   Division Two.   September 20, 2016.]

*In the Matter of the Parental Rights to* M.L.

GARRETT LAIL, *Respondent*, v. KIM BRIGGS, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 05-3-00043-1, David L. Edwards, J., entered January 21, 2014. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Bjorgen, C.J., and Maxa, J.

[No. 47217-1-II.   Division Two.   September 20, 2016.]

THE CITY OF TACOMA, *Respondent*, v. JASON DEAN SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-03631-2, Thomas P. Larkin, J., entered January 16, 2015. *Affirmed* by unpublished opinion per Bjorgen, C.J., concurred in by Maxa and Sutton, JJ.

[No. 47303-8-II.   Division Two.   September 20, 2016.]

*In the Matter of the Marriage of* SARAH J. BROWN, *Appellant*, and WILL J. BROWN, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-3-04519-1, Stephanie A. Arend, J., entered February 13, 2015. *Affirmed* by unpublished opinion per Bjorgen, C.J., concurred in by Worswick and Maxa, JJ.